**FILED**
March 8, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                            )        Case No. 2:06-mj-66 KJM
         Plaintiff,        )
v.                                 )        ORDER FOR RELEASE OF
                                            )        PERSON IN CUSTODY
Kelaya Morton,                )
                                            )
                                            )
          Defendant.

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Kelaya Morton Case No. 2:06-mj-66 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      ___    Release on Personal Recognizance

      ___    Bail Posted in the Sum of _____

      _X_    $10,000 Unsecured Appearance Bond

      ___    Appearance Bond with 10% Deposit

      ___    Appearance Bond secured by Real Property

      ___    Corporate Surety Bail Bond

      _X_    (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/8/06 at 1:40 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge