CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for KELAYA MORTON,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-06-101-MCE |
| Plaintiff, | **MOTION FOR ACCEPTANCE OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT** |
| v. | |
| KELAYA MORTON, | (Rule 10(b), F.R.Cr.P.) |
| Defendant. | |

    Defendant KELAYA MORTON, by and through her attorney, hereby moves this Court pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure to permit her to waive her personal appearance at the arraignment on the Indictment in the within matter presently set for March 24, 2006, for the following reasons:

    1.  After initial appearance on the criminal complaint on March 6, 2006, the defendant was released from custody upon posting an unsecured appearance bond signed by her stepfather.  She then traveled to her parents' home in Tahlequah, Oklahoma, and resides there under the supervision of Pretrial Services in Muskogee, Oklahoma.  She is eighteen years old, indigent and counsel has been appointed to

represent her under the Criminal Justice Act.  Travel to this District for a one-day appearance would be unduly burdensome.

    2.  Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant has filed herein a written waiver of her appearance affirming that she has received a copy of the Indictment, waives a formal reading of same and enters a plea of not guilty.

Dated:  March 22, 2006

                                   Respectfully submitted,

                                   /s/ CANDACE A. FRY
                                   CANDACE A. FRY, Attorney for
                                   KELAYA MORTON, Defendant

**O R D E R**

   For good cause shown, defendant Kelaya Morton's request to waiver her appearance at arraignment on the Indictment in this matter is hereby GRANTED.

Dated:  March 23, 2006.

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE