1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I St., Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12             Plaintiff,       )   2:06-cr-101-MCE
                                )
13        v.                    )
                                )   MOTION TO DISMISS INDICTMENT
14 KELAYA MORTION,              )   and ORDER DISMISSING
                                )   INDICTMENT
15             Defendant.       )
   _____)
16

17      Pursuant to Rule 48(a) of the Federal Rules of Criminal
18 Procedure, Plaintiff, United States of America, by and through its
19 undersigned attorney, asks the Court to file an order dismissing,
20 without prejudice, the indictment against Kelaya Morton in case
21 number S-06-101 MCE.
22      On December 19, 2006, the defendant signed a non-prosecution
23 agreement.  Under the agreement, the government will move to
24 dismiss the pending charges against Kelaya Morton, age 18, without
25 prejudice with the understanding that the government may reinstate
26 these charges if the defendant violates any state or federal law
27 ///
28 ///

1

1 | within three years of the date that she signed the agreement.
2 |
3 | DATED: January 19, 2006                McGREGOR W. SCOTT
  |                                        United States Attorney
4 |
5 |                                        By /s/ Michael M. Beckwith
  |                                        MICHAEL M. BECKWITH
6 |                                        Assistant U.S. Attorney
7 |
8 |
9 |                           O R D E R
10 |
   | APPROVED AND SO ORDERED:
11 |
12 |
   | Dated: January 22, 2007
13 |
14 |                                        _____
   |                                        MORRISON C. ENGLAND, JR.
15 |                                        UNITED STATES DISTRICT JUDGE

2